CLOSED,ENE,PROTO

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:19−cv−02353−JM−LL

| | |
|---|---|
| Stasi et al v. Inmediata Health Group Corp. | Date Filed: 12/09/2019 |
| Assigned to: Judge Jeffrey T. Miller | Date Terminated: 08/31/2021 |
| Referred to: Magistrate Judge Linda Lopez | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity Action | Jurisdiction: Diversity |

| | |
|---|---|
| Early Neutral Evaluation Conference: | Settlement Conference: |
| Case Management Conference: | Settlement Disposition Conference: |
| Status Hearing: | Pretrial Conference: |
| Status Conference: | Final Pretrial Conference: |
| Mandatory Settlement Conference: | Trial Date: |

**Plaintiff**

**Vicki Stasi**
*individually and on behalf of all others similarly situated*

represented by **Andrew W. Ferich**
Ahdoot & Wolfson, PC
201 King of Prussia Road
Suite 650
Radnor, PA 19087
310−474−9111
Fax: 310−474−8585
Email: awf@chimicles.com
*TERMINATED: 02/04/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beena M. McDonald**
Chimicles Schwartz Kriner & Donaldson−Smith LLP
361 West Lancaster Avenue
Haverford, PA 19041
610−642−8500
Fax: 610−649−3633
Email: bmm@chimicles.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin F. Johns**
Chimicles Schwartz Kriner & Donaldson−Smith LLP
361 West Lancaster Avenue
Haverford, PA 19041
610−642−8500 x229
Fax: 610−649−3633
Email: bfj@chimicles.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Cornelius Pellman Dukelow**
Abington Cole + Ellery
320 South Boston Avenue
Suite 1130
Tulsa, OK 74103
918–588–3400
Fax: 800–969–6570
Email: cdukelow@abingtonlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tina Wolfson**
Ahdoot & Wolfson, PC
2600 W. Olive Avenue
Suite 500
Burbank, CA 91505
310–474–9111
Fax: 310–474–8585
Email: twolfson@ahdootwolfson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley K. King**
Ahdoot & Wolfson, PC
2600 West Olive Avenue
Suite 500
Burbank, CA 91505
310–474–9111
Fax: 310–474–8585
Email: bking@ahdootwolfson.com
*ATTORNEY TO BE NOTICED*

**Theodore Walter Maya**
Ahdoot & Wolfson, PC
2600 West Olive Avenue
Suite 500
Burbank, CA 91505
310–474–9111
Fax: 310–474–8585
Email: tmaya@ahdootwolfson.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Shane White**
*individually and on behalf of all others similarly situated*

represented by **Andrew W. Ferich**
(See above for address)
*TERMINATED: 02/04/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beena M. McDonald**

|  |  |
|---|---|
|  | (See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Benjamin F. Johns**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cornelius Pellman Dukelow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tina Wolfson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bradley K. King**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Theodore Walter Maya**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Crystal Garcia**<br>*individually and on behalf of all others similarly situated* | represented by | **Andrew W. Ferich**<br>(See above for address)<br>*TERMINATED: 02/04/2021*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Beena M. McDonald**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Benjamin F. Johns**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cornelius Pellman Dukelow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Tina Wolfson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley K. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Walter Maya**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Inmediata Health Group Corp.**   represented by   **Jon Peter Kardassakis**
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
(213) 680–5040
Fax: (213) 250–7900
Email: kardassakis@lbbslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 20**
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2019 | Ï 1 | COMPLAINT with Jury Demand against Does 1 through 20, Inmediata Health Group Corp. ( Filing fee $ 400 receipt number 0974–13249720.), filed by Vicki Stasi, Shane White, Crystal Garcia. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A)<br><br>The new case number is 3:19–cv–02353–JM–LL. Judge Jeffrey T. Miller and Magistrate Judge Linda Lopez are assigned to the case. (Wolfson, Tina)(jxv) (sjt). (Entered: 12/10/2019) |
| 12/10/2019 | Ï 2 | Summons Issued.<br>**Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (jxv) (Entered: 12/10/2019) |
| 12/23/2019 | Ï 3 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number 0974–13299128.) (Application to be reviewed by Clerk.) (Johns, Benjamin) (rmc). (Entered: 12/23/2019) |
| 12/30/2019 | Ï 4 | ORDER Approving the Pro Hac Vice Application of Benjamin F. Johns, re 3 Request to Appear Pro Hac Vice. Signed by Judge Jeffrey T. Miller on 12/30/2019.(rmc) (Entered: 12/30/2019) |
| 01/07/2020 | Ï 5 | |

| | | |
|---|---|---|
| | | SUMMONS Returned Executed by Vicki Stasi, Shane White, Crystal Garcia. Inmediata Health Group Corp. served. (Wolfson, Tina) (sjt). (Entered: 01/07/2020) |
| 01/27/2020 | Ï 6 | MOTION to Dismiss for Failure to State a Claim *and*, MOTION to Dismiss for Lack of Jurisdiction by Inmediata Health Group Corp.. (Attachments: # 1 Exhibit A to Motion to Dismiss Plaintiff's Class Action Complaint, # 2 Declaration of Angel Morales)(Kardassakis, Jon)Attorney Jon Peter Kardassakis added to party Inmediata Health Group Corp.(pty:dft) (sjt). (Entered: 01/27/2020) |
| 01/28/2020 | Ï 7 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number 0974–13415143.) (Application to be reviewed by Clerk.) (Ferich, Andrew) (rmc). (Entered: 01/28/2020) |
| 01/28/2020 | Ï 8 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number 0974–13416061.) (Application to be reviewed by Clerk.) (Dukelow, Cornelius) (rmc). (Entered: 01/28/2020) |
| 01/30/2020 | Ï 9 | ORDER Approving the Pro Hac Vice Application of Cornelius P. Dukelow, re 8 Request to Appear Pro Hac Vice. Signed by Judge Jeffrey T. Miller on 1/29/2020.(rmc) (Entered: 01/30/2020) |
| 01/30/2020 | Ï 10 | ORDER Approving the Pro Hac Vice Application of Andrew W. Ferich, re 7 Request to Appear Pro Hac Vice. Signed by Judge Jeffrey T. Miller on 1/30/2020.(rmc) (Entered: 01/30/2020) |
| 02/14/2020 | Ï 11 | RESPONSE in Opposition re 6 MOTION to Dismiss for Failure to State a Claim *and* MOTION to Dismiss for Lack of Jurisdiction filed by Crystal Garcia, Vicki Stasi, Shane White. (Attachments: # 1 Evidentiary Objections to the Declaration of Angel Morales)(Wolfson, Tina) (sjt). (Entered: 02/14/2020) |
| 02/24/2020 | Ï 12 | REPLY to Response to Motion re 6 MOTION to Dismiss for Failure to State a Claim *and* MOTION to Dismiss for Lack of Jurisdiction filed by Inmediata Health Group Corp.. (Kardassakis, Jon) (sjt). (Entered: 02/24/2020) |
| 02/25/2020 | Ï 13 | Minute Order by Judge Jeffrey T. Miller: Pursuant to Civil Local Rule 7.1.d.1, the court takes Defendants Motion to Dismiss (Doc. No. 6 ) under submission and vacates the March 2, 2020 hearing. Order to follow in due course.(no document attached) (gac) (Entered: 02/25/2020) |
| 04/21/2020 | Ï 14 | NOTICE *of Supplemental Authority* by Crystal Garcia, Vicki Stasi, Shane White (Attachments: # 1 Exhibit A – Davis v. Facebook, Inc.)(Ferich, Andrew) (sjt). (Entered: 04/21/2020) |
| 05/05/2020 | Ï 15 | ORDER granting 6 Defendant's Motion to Dismiss. Signed by Judge Jeffrey T. Miller on 5/5/2020. (sjt) (Entered: 05/05/2020) |
| 05/19/2020 | Ï 16 | AMENDED COMPLAINT with Jury Demand against Does 1 through 20, Inmediata Health Group Corp., filed by Vicki Stasi, Shane White, Crystal Garcia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Wolfson, Tina) (sjt). (Entered: 05/19/2020) |
| 06/09/2020 | Ï 17 | MOTION to Dismiss for Failure to State a Claim *and Lack of Standing (FRCP 12(b)1* by Inmediata Health Group Corp.. (Attachments: # 1 Memo of Points and Authorities)(Kardassakis, Jon) (Entered: 06/09/2020) |
| 06/24/2020 | Ï 18 | Joint MOTION for Extension of Time to File *Motion to Dismiss Opposition and Reply Papers* by Crystal Garcia, Vicki Stasi, Shane White. (Johns, Benjamin) (QC mailer sent re: missing signature certification) (sjt). (Entered: 06/24/2020) |
| 06/24/2020 | Ï 19 | NOTICE *of Filing Signature Certification* by Crystal Garcia, Vicki Stasi, Shane White re 18 Joint MOTION for Extension of Time to File *Motion to Dismiss Opposition and Reply Papers* (Johns, Benjamin) (jmo). (Entered: 06/24/2020) |
| 06/24/2020 | Ï 20 | ORDER granting 18 Joint Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss. Signed by Judge Janis L. Sammartino on 6/24/2020. (sjt) (Entered: 06/24/2020) |

| | | |
|---|---|---|
| 07/07/2020 | Ï 21 | Minute Order by Judge Jeffrey T. Miller: Pursuant to the court's June 24, 2020 order (Doc. No. 20), the hearing scheduled for July 13, 2020 is VACATED subject to resetting. The parties are to follow the briefing schedule set forth in the court's order. (no document attached) (gac) (Entered: 07/07/2020) |
| 07/13/2020 | Ï 22 | RESPONSE in Opposition re 17 MOTION to Dismiss for Failure to State a Claim *and Lack of Standing (FRCP 12(b)1 PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS FIRST AMENDED COMPLAINT* filed by Crystal Garcia, Vicki Stasi, Shane White. (Attachments: # 1 Request for Judicial Notice)(Wolfson, Tina) (sjt). (Entered: 07/13/2020) |
| 07/27/2020 | Ï 23 | REPLY to Response to Motion re 6 MOTION to Dismiss for Failure to State a Claim *and* MOTION to Dismiss for Lack of Jurisdiction filed by Inmediata Health Group Corp.. (Kardassakis, Jon) (sjt). (Entered: 07/27/2020) |
| 11/19/2020 | Ï 24 | ORDER on Defendant's 17 Motion to Dismiss Plaintiff's First Amended Complaint. Signed by Judge Jeffrey T. Miller on 11/19/2020. (sjt) (Entered: 11/19/2020) |
| 12/04/2020 | Ï 25 | MOTION for Extension of Time to File Answer re 16 Amended Complaint, by Inmediata Health Group Corp.. (Kardassakis, Jon) (QC mailer sent re: proposed order) (sjt). (Entered: 12/04/2020) |
| 12/07/2020 | Ï 26 | ORDER granting 25 Defendant's Motion for Extension of Time to Answer Plaintiff's First Amended Class Action Complaint. Signed by Judge Jeffrey T. Miller on 12/7/2020. (sjt) (Entered: 12/07/2020) |
| 12/30/2020 | Ï 27 | *Defendant's Answer to Plaintiffs' First Amended Class Action Complaint* ANSWER to 16 Amended Complaint, by Inmediata Health Group Corp..(Kardassakis, Jon) (sjt). (Entered: 12/30/2020) |
| 01/04/2021 | Ï 28 | NOTICE AND ORDER for Video Early Neutral Evaluation Conference. Early Neutral Evaluation set for 2/9/2021 10:00 AM before Magistrate Judge Linda Lopez. Case Management Conference set for 2/9/2021 10:00 AM before Magistrate Judge Linda Lopez. Joint Discovery Plan due to be filed by 1/29/2021. Signed by Magistrate Judge Linda Lopez on 1/4/2021.(sjt) (Entered: 01/04/2021) |
| 01/28/2021 | Ï 29 | JOINT DISCOVERY PLAN by Crystal Garcia, Vicki Stasi, Shane White (Wolfson, Tina) (sjt). (Entered: 01/28/2021) |
| 01/28/2021 | Ï 30 | NOTICE of Appearance by Bradley K. King on behalf of Crystal Garcia, Vicki Stasi, Shane White (King, Bradley)Attorney Bradley K. King added to party Crystal Garcia(pty:pla), Attorney Bradley K. King added to party Vicki Stasi(pty:pla), Attorney Bradley K. King added to party Shane White(pty:pla) (sjt). (Entered: 01/28/2021) |
| 01/29/2021 | Ï 31 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number ACASDC–15303164.) (Application to be reviewed by Clerk.) (McDonald, Beena) (Entered: 01/29/2021) |
| 02/03/2021 | Ï 32 | NOTICE of Appearance by Theodore Walter Maya on behalf of Crystal Garcia, Vicki Stasi, Shane White (Maya, Theodore)Attorney Theodore Walter Maya added to party Crystal Garcia(pty:pla), Attorney Theodore Walter Maya added to party Vicki Stasi(pty:pla), Attorney Theodore Walter Maya added to party Shane White(pty:pla) (sjt). (Entered: 02/03/2021) |
| 02/04/2021 | Ï 33 | NOTICE *of Withdrawal of Counsel* by Crystal Garcia, Vicki Stasi, Shane White (Ferich, Andrew) (sjt). (Entered: 02/04/2021) |
| 02/09/2021 | Ï 34 | Minute Order for proceedings held before Magistrate Judge Linda Lopez:A (Video) Early Neutral Evaluation Conference was held on 2/9/2021. The case did not settle. A (Video) Case Management Conference was held on 2/9/2021. Order to issue. (no document attached) (asm) (Entered: 02/09/2021) |

| | | |
|---|---|---|
| 02/11/2021 | Ï 35 | MOTION to Appoint Counsel *Motion for Appointment of Interim Co−Lead Counsel* by Crystal Garcia, Vicki Stasi, Shane White. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Benjamin F. Johns, # 3 Declaration of Theodore W. Maya)(Maya, Theodore)(sjt). (Entered: 02/11/2021) |
| 02/19/2021 | Ï 36 | SCHEDULING ORDER: Mandatory Settlement Conference set for 5/17/2022 01:30 PM before Magistrate Judge Linda Lopez. Proposed Pretrial Order due by 6/17/2022. Final Pretrial Conference set for 6/24/2022 08:30 AM before Judge Jeffrey T. Miller. Jury Trial set for 7/25/2022 10:00 AM before Judge Jeffrey T. Miller. Signed by Magistrate Judge Linda Lopez on 2/19/2021.(sjt) (Entered: 02/19/2021) |
| 03/01/2021 | Ï 37 | RESPONSE in Opposition re 35 MOTION to Appoint Counsel *Motion for Appointment of Interim Co−Lead Counsel* filed by Inmediata Health Group Corp.. (Attachments: # 1 Declaration Declaration of Jon Kardassakis in Support of Defendant's Response in Opposition to Plaintiffs' Motion for Appointment of Interim Co−Lead Class Counsel)(Kardassakis, Jon) (sjt). (Entered: 03/01/2021) |
| 03/04/2021 | Ï 38 | ORDER Approving the Pro Hac Vice Application of Beena M. McDonald, re 31 Request to Appear Pro Hac Vice. Signed by Judge Jeffrey T. Miller on 3/4/2021.(rmc) (Entered: 03/04/2021) |
| 03/05/2021 | Ï 39 | Joint MOTION for Protective Order by Inmediata Health Group Corp.. (Kardassakis, Jon) (sjt). (Entered: 03/05/2021) |
| 03/05/2021 | Ï 40 | Proposed Protective Order by Inmediata Health Group Corp.. (Kardassakis, Jon) Modified on 3/8/2021 (QC mailer sent re: proposed orders are not to be filed)(sjt). (Entered: 03/05/2021) |
| 03/05/2021 | Ï 41 | Proposed Protective Order > by Inmediata Health Group Corp.. (Kardassakis, Jon) Modified on 3/8/2021 (QC mailer sent re: proposed orders are not to be filed) (sjt). (Entered: 03/05/2021) |
| 03/08/2021 | Ï 42 | REPLY to Response to Motion re 35 MOTION to Appoint Counsel *Motion for Appointment of Interim Co−Lead Counsel* filed by Crystal Garcia, Vicki Stasi, Shane White. (Maya, Theodore) (sjt). (Entered: 03/08/2021) |
| 03/10/2021 | Ï 43 | Minute Order by Judge Jeffrey T. Miller: Pursuant to Civil Local Rule 7.1.d.1, Plaintiffs' Motion for Appointment of Interim Co−Lead Class Counsel (Doc. No. 35 ) is taken under submission on the papers. The hearing on the motion scheduled for March 15, 2021 is VACATED. Order to follow in due course.(no document attached) (gac) (Entered: 03/10/2021) |
| 03/10/2021 | Ï 44 | ORDER on 35 Plaintiff's Motion for Appointment of Interim Co−Lead Class Counsel. Signed by Judge Jeffrey T. Miller on 3/10/2021. (sjt) (Entered: 03/10/2021) |
| 03/11/2021 | Ï 45 | ORDER granting 39 Motion for Protective Order. Signed by Magistrate Judge Linda Lopez on 3/10/2021. (sjt) (Entered: 03/11/2021) |
| 04/12/2021 | Ï 46 | NOTICE of Teleconference Information Sheet. Teleconference set for 4/15/2021 at 11:30 a.m. (jrm) (Entered: 04/12/2021) |
| 04/15/2021 | Ï 47 | Minute Order for proceedings held before Magistrate Judge Linda Lopez:A (T) Settlement Conference was held on 4/15/2021. The case did not settle. No order to issue. (no document attached) (asm) (Entered: 04/15/2021) |
| 08/13/2021 | Ï 48 | MOTION to Stay re 36 Scheduling Order, *Consent Motion for Stay Pending Settlement or, in the Alternative, Continuance of Pretrial Dates* by Crystal Garcia, Vicki Stasi, Shane White. (Attachments: # 1 Declaration of Bradley K. King, # 2 Proposed Order)(King, Bradley) (QC mailer sent re: proposed order attached)(sjt). (Entered: 08/13/2021) |
| 08/23/2021 | Ï 49 | ORDER TO SHOW CAUSE. Signed by Judge Jeffrey T. Miller on 8/23/2021.(sjt) (Entered: 08/23/2021) |

| | | |
|---|---|---|
| 08/31/2021 | 50 | STATUS REPORT –– *Joint Status Report* by Crystal Garcia, Vicki Stasi, Shane White. (Johns, Benjamin) (Entered: 08/31/2021) |
| 08/31/2021 | 51 | Case transferred to District of District of Puerto Rico. Files transferred electronically to: *District of District of Puerto Rico*.*150 Ave. Carlos Chardon Ste. 150**San Juan, PR 00918–1767*. Signed by Judge Jeffrey T. Miller on 8/31/2021. (Attachments: # 1 Transfer Order) (sjt) (Entered: 08/31/2021) |