# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

VICKI STASI, SHANE WHITE, and
CRYSTAL GARCIA, individually and
on behalf of all others similarly situated,

    Plaintiffs,

  v.

INMEDIATA HEALTH GROUP
CORP.,

    Defendants.

Case No. 21-cv-01419 (RAM)

**STIPULATED NOTICE OF
VOLUNTARY DISMISSAL**

   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Vicki Stasi, Shane White, and Crystal Garcia and Defendant Inmediata Health Group Corp., by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of this action without prejudice with each party bearing its own costs and fees.

   WHEREFORE, it is respectfully requested that this Honorable Court issues Judgment without prejudice as requested herein.

   IT IS HEREBY CERTIFIED that the foregoing motion was electronically filed with the Court using the CM/ECF system which will notify this filing by electronic means to all parties of record.

1  DATED: June 13, 2022

2

3

4  */s/ Benjamin F. Johns*
Benjamin F. Johns, PA Bar No. 201373

5  Beena M. McDonald, PA Bar. No. 83315
CHIMICLES SCHWARTZ KRINER

6   & DONALDSON-SMITH LLP
One Haverford Centre

7  361 Lancaster Avenue
Haverford, Pennsylvania 19041

8  610.642.8500
*bfj@chimicles.com*

9  *bmm@chimicles.com*

10 Tina Wolfson

11 Theodore W. Maya
Bradley K. King

12 AHDOOT & WOLFSON, PC
2600 West Olive Avenue, Suite 500

13 Burbank, California 91505
Tel: 310.474.9111

14 Fax: 310.474.8585
*twolfson@ahdootwolfson.com*

15 *tmaya@ahdootwolfson.com*
*bking@ahdootwolfson.com*

16

17

18 Cornelius P. Dukelow
Oklahoma Bar No. 19086

19 ABINGTON COLE + ELLERY
320 South Boston Avenue

20 Suite 1130
Tulsa, Oklahoma 74103

21 918.588.3400 (*telephone & facsimile*)
*cdukelow@abingtonlaw.com*

22

23 *Counsel to Plaintiffs and*
*the Proposed Classes*

24

25

26

27

28

---

*/s/ Raul S. Mariani Franco*
Raul S. Mariani Franco
Mariani-Franco Law, PSC
USDC-PR NO. 210309
P.O. Box 9022864
San Juan, PR  00902-2864
Tel: 787.620-0038
Fax: 787.620.0039
*marianifrancolaw@gmail.com*

*Local Counsel for Defendant*
*Inmediata Health Group Corp.*

Jon P. Kardassakis
LEWIS BRISBOIS BISGAARD
 & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA  90071
213.680.5040
*Jon.kardassakis@lewisbrisbois.com*

*Attorney for Defendant Inmediata*
*Health Group Corp.*

STIPULATED NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 21-CV-01419 (RAM)