IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKI STASI, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> INMEDIATA HEALTH GROUP CORP., <br><br> **Defendant.** | CIVIL NO. 21-1419 (JAG) |

## JUDGMENT

Pursuant to the Parties Stipulated Notice of Voluntary Dismissal, Docket No. 59, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE of this action with each party bearing its own costs and fees. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, July 13, 2022.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE